Progress Report – US v Farias-Cardenas et al, 2-19-cr-00111

November 19, 2019

This progress report will contain information related to what discovery we've received, when we've received it, what type(s) we've received, and how much we've been able to organize.

### **The Following is a General Summary of Discovery**:

Behind the Gavel was given discovery via encrypted discs and hard drives. It is our practice to begin discovery organization as soon as our budget has been formally approved by the supervising Circuit. We were informed that our budget was approved on August 01, 2019.

We have received 7 discovery disclosures to date:

<u>August 21, 2019 Disclosure 1</u>: 349 MB of total data

    Received Through: encrypted hard drive

    Raw Data: 151 files, 3,394 pages

    Includes: Pleadings

<u>September 5, 2019 Disclosure 2</u>:  823 MB of total data

    Received Through: disc

    Raw Data: 1,067 files, 4,431 pages, 16:24:58 audio material

    Includes: Wiretap Data

<u>September 20, 2019 Disclosure 3</u>:  1,192 MB of total data

    Received Through: encrypted hard drive

    Raw Data: 4,393 files, 2,616 pages

    Includes: Subscriber Tolls, GPS pings and reports

<u>September 20, 2019 Disclosure 4</u>:  31 GB of total data

    Received Through: encrypted hard drive

    Raw Data: 613 files, 3,777 pages, 35:33:38 audio/video material

    Includes: ATF exhibits

<u>September 23, 2019 Disclosure 5</u>:  4.5 GB of total data (not including Pole Cam footage)

    Received Through: encrypted hard drive

    Raw Data: 348 files, 25,636 pages

    Includes: Phone downloads and reports

October 10, 2019 Disclosure 6:  4.4 GB of total data

    Received Through: encrypted hard drive

    Raw Data: 1,247 files, 9,711 pages, 9:16:45 audio/video material

    Includes: Audio/video recordings, more Wiretap data, and more reports

November 7, 2019 Disclosure 7:  6.3 GB of total data

    Received Through: encrypted hard drive

    Raw Data: 460 files, 2,828 pages, 4:39:43 audio/video material

    Includes: A/V recordings, agency reports, pleadings, search warrant photos and lab reports

### The Following is a General Summary of Organized Discovery:

To date, we have OCR'd all discovery pages. We have imported 2,564 documents containing approximately 107,543 pages to our organizational database. We will utilize this database to produce organized Phase 1 discovery. We will continuously update these numbers to accurately reflect our progress.

We have identified the following relevant case entities within those 107,543 discovery pages:

| | | | |
|---|---|---|---|
| 72 | Person | 92 | Phone Numbers |
| 2,564 | Document | 41 | Vehicles |
| 56 | Place | 193 | Other *(firearms, phones, etc)* |
| 510 | Exhibit | 473 | Events |
| 4,352 | Wiretaps | | |

We have identified the following discovery types within those discovery pages:

| | |
|---|---|
| 3 | Advice of Rights |
| 250 | Agency Reports |
| 41 | Audio |
| 2 | Business Records |
| 9 | Cell Phone Records |
| 2 | Consent to Search |
| 41 | Criminal History |
| 4 | Curriculum Vitae |
| 4 | E-mail |
| 1 | Employment Records |
| 145 | Evidence/Property Receipt |
| 3 | Facebook |
| 24 | Financial Records |
| 5 | Firearms Tracy Summary |
| 61 | Forensic Reports |
| 7 | GPS Data |
| 2 | Indictment |
| 17 | Information |
| 13 | Jpay Letter |
| 84 | Laboratory Reports |

| | |
|---|---|
| 2 | Letter |
| 379 | Photos |
| 353 | Placeholders |
| 411 | Pleadings |
| 22 | Property Records |
| 3 | Prosecution Recommendation |
| 8 | Public Utility Records |
| 4 | Redacted Document |
| 2 | Sketch |
| 2 | Snapchat |
| 3 | Statement |
| 1 | Subpoena Return |
| 1 | Summary |
| 3 | Title III |
| 552 | Transcript |
| 56 | Vehicle Information |
| 44 | Video |

**The Following is a Summary of Productions provided by Behind the Gavel to Defense Counsel:**

September 30, 2019 Production #1:

We completed an initial discovery inventory and full text search index copied to the first USB drive, along with all processed discovery received and an organized Wiretap Hub. Drives were either personally delivered by BTG or picked up by counsel.

**Number of Production #1 Drives delivered/picked up by Counsel: 17/17**

November 19, 2019 Production #2:

Production #2 includes the processed Disclosures 1 - 6, organized via the Discovery Hub. Organized Wiretap data, GPS Pings and Toll data is also included. Counsel was notified via email on 11/18/19 that upon return of Production 1 drives, Production 2 can be provided to them on those same drives.

*Additionally, De Novo will be updated with all 7 disclosures on or before 11/25/19.*