1  Lyliane S. Couture
   Larson Fowles, PLLC
2  821 E. Broadway Ave, Ste 8
   Moses Lake, WA 98837
3  (509) 765-6700

4

5

6
                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF WASHINGTON

8  UNITED STATES OF AMERICA,      )
                                  )
9         Plaintiff,               )  Case No.: 2:19-CR-00111-WFN-1
                                  )
10        vs.                      )  NOTICE OF APPEARANCE AND
                                  )  VERIFIED CLAIM
11 LUIS MANUEL FARIAS-CARDENAS,   )
   et al.,                         )  **JURY DEMAND**
12                                )
          Defendant.              )  **CLERK'S ACTION REQUIRED**
13                                )

14
   TO:    Clerk of the Court; and
15
   TO:    Caitlin A. Baunsgard, Assistant United States Attorney and Counsel for
16        Plaintiff; and

17 TO:    Brian M. Donovan, Assistant United States Attorney and Counsel for
          Plaintiff.
18
          PLEASE TAKE NOTICE that Lyliane S. Couture hereby appears as counsel
19
   of record for Claimant Maria de J. Farias.  All future pleadings and correspondence,
20

21

   NOTICE OF APPEARANCE AND
   VERIFIED CLAIM - 1

1 | exclusive of original process, should be delivered to Ms. Couture at the following
2 | address:

      Larson Fowles, PLLC
      821 E. Broadway Ave, Ste 8
      Moses Lake, Washington  98837

    FURTHER, PLEASE TAKE NOTICE that Claimant Maria de J. Farias ("Claimant"), through her attorney, hereby claims an ownership interest in the defendant property in this matter, such claim being superior to that of the United States of America and equal to or superior to that of Luis Farias.

    Claimant hereby specifically claims an ownership interest in the following real property:

    1. The real property being forfeited is commonly known as Parcel # 121145000, Moses Lake, Washington, described as follows:

    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as Parcel #121145000, Moses Lake, Washington, legally described as follows:

    Lots 1 to 3 Block 2 Wheeler.  Tax Parcel No. 121145000

    See Exhibit 1

    2. The real property being forfeited is commonly known as Parcel # 121146000, Moses Lake, Washington, described as follows:

    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as Parcel #121146000, Moses Lake, Washington, legally described as follows:

    Lots 4 Block 2 Wheeler . Tax Parcel No. 121146000

NOTICE OF APPEARANCE AND
VERIFIED CLAIM - 2

1    See Exhibit 2

2    3. The real property being forfeited is commonly known as 14929 NE 4th

3    Street, Moses Lake, Washington, described as follows:

4    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as Parcel 14929
5    NE 4th Street, Moses Lake, Washington, legally described as follows:

6    Lots 5 & 6 Block 2 Wheeler

7    Tax Parcel No. 121147000 and 600437000

8    See Exhibit 3, Exhibit 4, and Exhibit 5

9    Claimant hereby demands restitution of said property in its entirety and

10   demands the right to defend this action.

11   This claim is made on behalf of the Claimant by her attorney, the undersigned,

12   who is duly authorized to make said claim.

13   DATED this __20__ day of October, 2020.

14                                   LARSON FOWLES, PLLC

15

16                                   _s/Lyliane S. Couture_
                                     Lyliane S. Couture WSBA No. 32308
                                     Attorney for Claimant Maria de J. Farias
17                                   Larson Fowles, PLLC
                                     821 E. Broadway Ave., Ste 8
18                                   Moses Lake, WA. 98837
                                     Phone: (509) 765-6700
19                                   Fax: (509) 765-6710
                                     Lyliane.c@gmail.com
20

21

NOTICE OF APPEARANCE AND
VERIFIED CLAIM - 3

**VERIFICATION**

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF GRANT     )

I declare under penalty of perjury that the foregoing is true or correct.

DATED this 20th day of October, 2020.

*Maria de J Farias*
Maria de J. Farias

NOTICE OF APPEARANCE AND
VERIFIED CLAIM - 4

EXHIBIT 1

NOTICE OF APPEARANCE AND
VERIFIED CLAIM - 5

```
1216713      06/11/2007 01:32 PM      QCD
Page 1 of 1      R 32.00    Grant Co, WA
LUIS FARIAS
```

WHEN RECORDED RETURN TO:

Name: Luis M. Farias
Address: 19929 4th St. NE
City, State, Zip: Moses Lake WA 98837

REAL ESTATE EXCISE TAX
AMT. 15.00
PEN
PAID
JUN 1 1 2007
192552
AFF
BY
DARRYL PHEASANT, TREASURER

## QUIT CLAIM DEED

THE GRANTOR Emil Fattu, Jr.

for and in consideration of Lots 1, 2, 3 Block #2 Wheeler plat

conveys and quit claims to Luis M. Farias

the following described real estate, situated in the County of GRANT, State of Washington, together with all after acquired title of the grantor(s) herein

Lots 1, 2, 3, Block #2 Wheeler plat

Tax Account Number: 12-1145-000
DATED 6/11/07

By _____

By Luis M. Farias

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF Grant     )

On this day personally appeared before me Emil Fattu Sr. and Luis M. Farias to me known to be the individual described in an d who executed the within and foregoing instrument, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this
day of June , 2007 .

Notary Public in and for the State of Washington,
residing at Quincy, WA

Notary Public
State of Washington
ERIN I MORSE
My Appointment Expires Jul 13, 2010

EXHIBIT 2

NOTICE OF APPEARANCE AND
VERIFIED CLAIM - 6

```
1261353      09/29/2009 04:34 PM       TRTD
Page 1 of 2      R 63.00      Grant Co, WA
GRANT COUNTY TREASURER
```

**NO REAL ESTATE EXCISE TAX PAID**

AFFIDAVIT No. 202175

Date 9-29-09  By J. Damski

DARRYL PHEASANT, Treasurer
Grant County Washington

Return To: Grant County Treasurer
PO Box 37
Ephrata, WA  98823

## No. 2676
## TREASURER'S TAX DEED

STATE OF WASHINGTON  ]
                                        ]  ss
COUNTY OF GRANT         ]

THIS INDENTURE, MADE this 18th day of September, 2009, Darryl Pheasant, as Treasurer, State of Washington, party of the first part, and Luis M Farias, as party of the second part.

WITNESSETH, that whereas, at a public sale of real estate held on this 18th day of September, 2009 in the Commissioners Hearing Room, second floor of the Grant County Courthouse in Ephrata in said County, pursuant to a real estate tax judgment entered in the Superior Court of the County of Grant on this 4th day of September, 2009 in proceedings to foreclose tax liens upon real property and an order of sale duly issued by said court. Luis M Farias duly purchased, in compliance with the laws of the State of Washington for and in consideration of the sum of Seven Hundred Thirty Five And 97/100 dollars, lawful money of the United States of America, to me in hand paid, the receipt whereof is hereby acknowledged, the following described real estate situated in Grant County, Washington to wit:

$735.97  **Parcel Number:  12-1146-000**

Lot 4, Block 2, Wheeler.  50'x125'

**$735.97  Total**

and that said Luis M Farias complied with the laws of the State of Washington necessary to entitle him to a deed for said real estate.

Together with all and singular, the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and whereas, Luis M Farias, by his legal representatives, has complied with the laws of the State of Washington, necessary to entitle him to a Deed to said real estate.

NOW THEREFORE, know ye, that I, Darryl Pheasant, Treasurer, of said County of Grant, State of Washington, in consideration of the promises and by virtue of the statutes of the State of Washington, in such cases provided hereby grant and convey unto Luis M Farias assigns forever, the said real estate herein before described in this instrument.

Given under by hand and seal of office this 29th day of September, 2009.

Treasurer of Grant County, Ephrata Washington

SUBSCRIBED AND SWORN TO BEFORE ME THIS this 29th day of September, 2009.

Notary Public in and for the State of Washington, Residing in Ephrata, Washington

1281353    09/29/2009 04:34 PM    TRTD
Page 2 of 2    R 83.00    Grant Co, WA
GRANT COUNTY TREASURER

EXHIBIT 3

NOTICE OF APPEARANCE AND
VERIFIED CLAIM - 7



**1145574**
Page: 1 of 3
03/26/2004 09:44A
21.00 Grant Co Aud
ADEPT ESCROW SVCS IN WFD

REAL ESTATE EXCISE TAX
AMT. $191.25
PEN
PAID    FEB 14 2001    PAID
AFF 161440
BY [signature]
DARRYL PHEASANT, TREASURER

Record at the Request of:
Luis and Maria Farias
PO Box 2177
Moses Lake WA  98837-0577

## WARRANTY FULFILLMENT DEED

**THE GRANTORS, IRVING SHIPMAN and MARGAET H. SHIPMAN, husband and wife,** for and in consideration of TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, convey and warrant to **LUIS M. FARIAS and MARIA de J. FARIAS, husband and wife, GRANTEES** the following described real estate, situated in the County of Grant, State of Washington:

> Lots 5 and 6, Block 2, Wheeler, according to the plat thereof recorded in Volume 1 of Plats, page 56, records of Grant County, Washington.
>
> Grant County Treasurer Parcel Nos.:   12-1147-000
>
> Physical Address: undeveloped
>
> **SUBJECT TO:**
>
> General taxes for the year 2001, in the amount of 39.94, which are due and payable but not delinquent until after April 30, 2001.  (Tax Parcel No. 12-1147-000)

**WARRANTY FULFILLMENT DEED**      1

Exceptions and reservations contained in Deed from the State of Washington, whereby the grantor excepts and reserves all oils, gases, coal, ores, minerals, fossils, etc., provided that no rights shall be exercised until provision has been made for full payment of all damages sustained by reason of such entry; recorded under Auditor's File No. 3425.

**SUBJECT FURTHER TO EASMENTS, RESTRICTIONS AND RESERVATIONS OF RECORD.**

This deed is given in fulfillment of that certain Real Estate Contract between the parties hereto, dated February 12, 2001, and conditioned for the conveyance of the above described property, and the covenants of warranty herein contained shall not apply to any title, interest or encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes, assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

DATED this 12 day of Feb., 2001.

_____   _____
**IRVING SHIPMAN**                **MARGARET H. SHIPMAN**

STATE OF WASHINGTON )
                    : ss.
County of   Grant   )

On this day personally appeared before me **IRVING SHIPMAN** and MARGARET H. SHIPMAN, to me known to be the individuals described in and who executed the within and foregoing instrument, and acknowledged that they signed the same as their
**WARRANTY FULFILLMENT DEED**      2

1145574
Page: 2 of 3
03/25/2004 09:44A
ADEPT ESCROW SVCS IN  WFD     21.00 Grant Co Aud

free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this __12__ day of __February__, 2001.

Notary Public in and for the State of Washington, residing at __Moses Lake__. My Commission Expires: __7/8/01__



WARRANTY FULFILLMENT DEED      3

1145574
Page: 3 of 3
03/26/2004 09:44A
ADEPT ESCROW SVCS IN WFD   21.00 Grant Co Aud

EXHIBIT 4

NOTICE OF APPEARANCE AND
VERIFIED CLAIM - 8

**WASHINGTON STATE DEPARTMENT OF LICENSING**

## Validated Copy of Record

Print date: 10/08/2020

| Model Year | Make | Model | Body Style | | Vehicle identification number (VIN) | Scale Weight |
|---|---|---|---|---|---|---|
| 1977 | STAL | 28/66 | | | 7015 | 0 |
| Plate/Tag no | Tab/Decal no | Primary vehicle use type | | Issue date | Exp date | |
| N/A | N/A | Mobile Home | | | | |
| Plate/Tag no | Tab/Decal No | Vehicle use type | | Issue date | Exp date | |
| Gross Weight | Gr wt start date | Gross weight exp date | | Fleet no | Equip no | |
| Purchase Date | Purchase Price | | | | | |
| 08-Oct-2020 | 0.00 | | | | | |

Registered Owner

FARIAS, MARIA
14929 4TH ST NE
MOSES LAKE WA 98837-9511

Legal Owner

Same as Registered Owner

**Brands/Comments:** 24090/2001

*Anyone who knowingly makes a false statement may be guilty of a felony under state law and upon conviction shall be punished by a fine, imprisonment, or both.*

L0115223062

TD-420-802 (R/12/16) Page 1 of 2

| Vehicle Information: | | 7015 | | 1977 | STAL | 28/66 |
|---|---|---|---|---|---|---|
| Filing | Title Filing | $5.50 | | | | |
| Service | Title Service Fee | $15.00 | | | | |
| Title | Manuf Home Title Transfer | $15.00 | | | | |
| | Vehicle Title Application | $15.00 | | | | |

**Fee Total: $50.50**

You can get a copy of this cash/fee receipt detail at www.dol.wa.gov.

Skip a trip – go online www.dol.wa.gov

EXHIBIT 5

NOTICE OF APPEARANCE AND
VERIFIED CLAIM - 9

# Certificate of Marriage

**State of Washington**
**County of GRANT**

No. 19636

This is to Certify that the undersigned a CATHOLIC PRIEST by authority of a License bearing date the 26TH day of JUNE A.D., 1998, and issued by the County Auditor of the County of GRANT, did on the 11TH day of 7TH A.D., 1998, at ROYAL CITY, in the County of GRANT, State aforesaid join in lawful wedlock LUIS MANUEL FARIAS of the County of GRANT, State of WASHINGTON and MARIA DEJESUS CERNA ORTEGA of the County of GRANT, State of WASHINGTON with their mutual assent in the presence of Nazario Serna and Maribel Serna witnesses.

In Testimony Whereof, witness the signatures of the parties to said ceremony, the witnesses, and myself, this 11TH day of 7TH A.D., 1998.

SIGNATURES OF CONTRACTING PARTIES
Luis M. Farias
Maria deJesus Cerna F
IN THE PRESENCE OF
Nazario Serna — WITNESS
Maribel Serna — WITNESS

---

**STATE OF WASHINGTON**
**COUNTY OF GRANT } VS.**

I, DAVID W. FIREBAUGH, COUNTY AUDITOR OF GRANT COUNTY OF THE STATE OF WASHINGTON, DO HEREBY CERTIFY THAT THE FOREGOING INSTRUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL NOW OF RECORD IN THIS OFFICE IN TESTIMONY HEREOF I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL THIS _____ DAY OF May 20 11

BY DEPUTY AUDITOR