# CHARGES AND PENALTIES

**CASE NAME:** PATRICK ELLIOTT PEARSON     **CASE NO.** 2:19-CR-00111-WFN-3

TOTAL # OF COUNTS: 4     ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 15, 2020**

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii), and (b)(1)(C) | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and a Mixture or Substance Containing a Detectable Amount of Heroin | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| 2 | 18 U.S.C. § 111(b), | Assault with Deadly Weapon on Federal Law Enforcement Officers | CAG not more than 20 years; and/or up to $250,000 fine; up to 3 years supervised release; a $100 special penalty assessment; |
| 3 | 18 U.S.C. § 924(c)(1)(A)(iii) | Discharge of a Firearm During and in Relation to a Crime of Violence | CAG not less than 10 years to run consecutive to any other sentenced imposed; and/or up to $250,000 fine; up to 3 years supervised release; a $100 special penalty assessment; |
| 4 | 18 U.S.C. § 922(g)(1), | Felon in Possession of a Firearm | CAG not more than 10 years; and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment |
|  | 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |