# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case Nos.**  **2:19-CR-0111-WFN-3**<br>**2:19-CR-0173-WFN-1** |
| Plaintiff, | **CRIMINAL MINUTES** |
| -vs- | **DATE:**    FEBRUARY 1, 2021<br>**LOCATION:**  SPOKANE |
| PATRICK ELLIOTT PEARSON, | |
| Defendant. | **PRETRIAL CONFERENCE**<br>**AND MOTION HEARING** |

| **Hon. Wm. Fremming Nielsen** | | |
|---|---|---|
| Joanna L. Knutson | Heather Foe | Ronelle F. Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Caitlin A. Baunsgard | David R. Partovi    and    Joseph B. Sullivan | |
| **Government Counsel** | **Defense Counsel** | |

**[ X ]  Open Court**        **[  ]  Chambers**        **[  ]  Telecon**

Defendant present in custody of United States Marshal with appointed counsel.

Initial comments by Court noting several motions pending, Mr. Partovi's Motion to Continue as well as several motions previously filed by Mr. Vovos.  The Court queried Mr. Partovi as to his intent regarding the motions filed by Mr. Vovos.  Defense counsel addressed the Court.  Colloquy between Court and Mr. Partovi.

The Court notes a current trial date of March 8, 2021 with a speedy trial timeout of March 19, 2021.  Court and counsel discuss whether both cases should be tried together.  Ms. Baunsgard advised both cases could be tried together; Mr. Partovi objected and indicated his client would be prejudiced if they weren't tried separately.  For the reasons stated on the record, the Court ordered that the two cases will remain joined for pretrial and trial; as the trial date nears, the issue of trying the matters together can be revisited.

The Court GRANTED Defendant's Motions to Continue Trial, making ends of justice findings.

Jury trial of March 8, 2021, is STRICKEN and RESET to June 14, 2021, at 1:00 p.m., S/WFN.

An additional pretrial conference and motion hearing shall be held May 18, 2021, at 9:00 a.m., S/WFN.  Court set briefing schedule as follows: Motions shall be filed and served no later than April 30, 2021 with responses to be filed and served no later than May 7, 2021.

Defendant executed a waiver of speedy trial rights in each case.

After additional discussion, the Court set another hearing in anticipation of defense counsel's filing of an additional motion to suppress.  Defendant's motion shall be filed by February 19, 2021; Government's response by February 26, 2021, with a hearing on March, 9, 2021, at 9:00 a.m.

## [ X ]  ORDER FORTHCOMING

| **CONVENED:**  9:02 A.M. | **ADJOURNED:**  9:24 A.M. | **TIME:**  0:22 HR. | **CALENDARED**  [ X ] |
|---|---|---|---|