

**U.S. Customs and Border Protection**

## REPORT OF INVESTIGATION

| BPAI WELLS | Reporting Office: U.S. Border Patrol, Spokane Sector Intelligence Unit |
|---|---|
| Case: Red File | Interview of Patrick Pearson |

On 07/24/2019 at approximately 12:30 hours Detective Fisher, Agents Wells, Steen and Savage conducted and interview on Patrick Pearson (PEARSON) on the fourth floor of the Sacred Heart Medical building in room 415. The interview was regarding PEARSON's involvement in the shooting that occurred between himself and Law Enforcement at his residence on the morning of 07/16/2019. Detective Fisher explained to PEARSON the purpose of the interview and advised PEARSON of his Miranda rights, to which PEARSON acknowledged. Shortly after being advised of his Miranda rights, PEARSON stated he wished to say nothing further regarding the shooting without a lawyer present. Subsequently the interview concluded honoring PEARSON wishes and detective Fisher exited the room.

After Detective Fisher exited the room Agent Wells and Spencer advised PEARSON he could have the opportunity to cooperate with the government and provide information to potentially help himself if he chose to. PEARSON indicated he would like to take advantage of this opportunity to cooperate and wanted to speak further with Agents Wells and Savage, stating he "would tell us anything we want to know, as long as it had nothing to do with the shooting". At this time PEARSON informed Agents that he was beginning to feel the effects of his medication, and indicated he wanted to speak further with Agents once he was feeling better. Agents exited the hospital room and allowed PEARSON the opportunity to rest and relax.

At approximately 1500 hours. Agent Wells returned to the hospital room to check in with PEARSON, upon entering the room PEARSON advised Agent Wells that he was feeling good and wished to talk. Agent Wells explained to PEARSON that if he wanted to talk with Agents he would need to be Mirandized and understand that Agents weren't forcing or coercing him to speak, rather that it was his free will to speak with Agents. PEARSON agreed and stated we could read him his Miranda rights again and take whatever steps necessary.

At approximately 15:31 hours (approximately 2.5 hours later). Agents Wells and Steen contacted PEARSON in room 415 of the Sacred Heard medical building. Agents informed PEARSON that they wished to speak with him regarding aspects of the investigation other than the shooting incident. PEARSON was advised of his Miranda rights by Agent Steen and agreed to sign an ATF form 3200.4, indicating PEARSON was clearly waiving his Miranda rights. Once Agents were satisfied that PEARSON was agreeing to speak with no outside pressure or prodding the interview began. The interview conducted on PEARSON was recorded using a portable recording device, the following does not depict the entirety of the interview, but merely a synopsis.

- Agent Steen initiated the interview by showing PEARSON a photo of Luis Farias. PEARSON was asked if he knew the individual in the photo, to which he responded yes, further stating that was **"his boss Luis Farias"** (FARIAS). When asked what capacity he worked for FARIAS,

| [signature] BPA-I Wells | Date: 07/24/2019 |
|---|---|

Form G-166c (7-1-83)

- PEARSON stated "**he worked for him, he pays for his rent, his car payment, buys his food, and in return he works on cars for him**". PEARSON stated he lived in the camper behind the shop, when asked if FARIAS owns that property PEARSON believed he did.
- Agent Steen asked PEARSON, besides working on vehicles is there drugs involved with you and FARIAS, PEARSON shrugged his shoulders and thought for a moment, then felt uncomfortable and wished to not answer the question.
- PEARSON stated he has known FARIAS for over 20 years, meeting him for the first time when he moved across the street from PEARSON on Wheeler.
- PEARSON was questioned regarding the 06/21/2019 incident where he eluded police. PEARSON acknowledged that he contacted FARIAS during the vehicle pursuit and was not only welcomed to FARIAS's property but instructed where to hide.
- Even PEARSON, a multi convicted felon stated he was surprised by FARIAS' decision to allow him to utilize his property to hide while actively eluding law enforcement, stating "**well he could have very easily said you aint coming here, kind of what I expected him to say**".
- When questioned further as to why FARIAS would allow PEARSON to utilize his property to elude police PEARSON stated "**he doesn't want to see anybody get in trouble, he doesn't want to see anybody get hurt, that's not what he's about, he's not about that type of shit**".
- PEARSON further explained that he hid in a bus on FARIAS' property stating "**I didn't see Luis until hours after them cops were gone**", "**I ran my ass to the bus and hid in there until all them cops were gone, then I came walking out**".
- Based on the totality of the investigation, this statement indicates FARIAS' blatant disregard for the law.
- Justine Green owns the property across the street from FARIAS. When questioned about a specific incident where FARIAS called PEARSON and asked him to deliver and entire "piece" of Heroin to Justine, PEARSON stated that wasn't correct, he didn't deliver the Heroin to her. Further stating FARIAS doesn't like Justine so he never had PEARSON take her any drugs.
- PEARSON was questioned regarding when he called FARIAS back to clarify if he was to take the "powder stuff or the other stuff". PEARSON stated "**it was Heroin and it would have been for someone else, not Justine Green**". Further stating "**Justine uses drugs, but she doesn't buy them from me or him**". PEARSON refused to further incriminate himself or the other female that was present that he delivered the Heroin to. Stating "**I just put out there that I sell drugs**".
- PEARSON was apprehensive to expand upon that incident and went on to explain that "**my grandpa told me, the thing about holes is when you find yourself in one stop digging**".
- Agents explained to PEARSON that to this point in the interview they have appreciated his honesty and have established credibility in him. PEARSON responded by saying "**if you have a recording of someone telling me, hey go get a piece of this light brown stuff and take it over to this person and give it to them. I don't understand what the point of this conversation would be**".
- Agents explained to PEARSON, we weren't in his shoes and weren't present for these events so we're attempting to fill in the holes.
- PEARSON stated "**he wasn't going to lie to us, but I'm not gonna sit here and dig myself a big ass hole that I can't dig myself out of later**". Further stating "**I also know these holes can be filled in, all these little rats and shit you got running around for you snitching on people, we'll deal with them when it comes time to deal with them**".

Form G-166c (7-1-83)    RPH-I Wells    Date: 07/24/2019

10003760

- Agents questioned PEARSON regarding exactly what he meant by **"we'll deal with them"** to which he stated **"their credibility in a court room, I'm not threatening anybody"**.
- PEARSON became agitated and began to question his choice to speak with Agents, when asked why he stated **"I'm incriminating myself, I am , I just incriminated myself on a drug deal and were not even 20 minutes into the conversation and I incriminated myself on selling a piece of Heroin"**.
- PEARSON went on to explain his long standing friendship with FARIAS and how that was complicating his ability to talk about him or his dealings.
- Then PEARSON stated **"I know you guys don't want to hear about how good of a guy he is, because he is a drug dealer, he is a drug dealer. I'll give you this one time, I'll give you this one tid bit here. Has Luis sold Drugs? Yep sure the fuck has, has Pat Pearson sold drugs? Yep sure the fuck has"**.
- PEARSON then described how he wanted to be done with the conversation explaining that he knows he's going to prison and doesn't believe it's worth it to continue to talk. PEARSON didn't want to paint other individuals in a bad light in order to make himself look better.
- PEARSON was asked by Agents if he was willing to continue the conversation if it wasn't about FARIAS, PEARSON agreed to continue speaking with Agents for a little while longer.
- PEARSON was shown a photo of Joshua Stine (STINE), PEARSON immediately recognized the photograph and stated **"he's a gang member, and I don't deal with gang members"**. PEARSON didn't want to further talk about STINE. Agents asked PEARSON if he feared repercussions from talking about STINE which PEARSON stated **"no none what so ever, I would fuck that mother fucker up, I would fuck that little mother fucker up, Heat? Who the fuck is heat mother fucker, what are you a basketball team? Get out of here"**.
- PEARSON was questioned as to Jason Rathbones roll in the organization, to which PEARSON responded **"Jason is not a mechanic, Jason will fuck more shit up then he fixes. Jason always does my job when I'm in prison. I've spent a lot of time in prison, therefore he's spent a lot of time doing my job"**. **"I've always wondered why Jason never gets fucked with by the cops, never ever, never gets fucked with"**.
- PEARSON stated that RATHBONE was recently arrested and they dropped the charges. Further stating, **"He had drugs in his pocket, and they served a search warrant on his car in the impound lot, and found a hot pistol in the trunk"**.
- When Agents asked how PEARSON knew the gun was stolen he said he's absolutely not going to answer that question.
- PEARSON then stated **"you want your fucking clip to your other gun? There it is, just saying, you asked me about a clip? Bet that clip fits that gun"**. (PEARSON was questioning the fact that Rathbone was caught with a firearm and Meth and he isn't in jail).
- The previous day (07/23/2019) out of concerns for public safety, PEARSON was asked if there was any additional firearms that Agents missed during the search of his residence. Agents were concerned about the potential for a juvenile or prohibited person obtaining a firearm. Based on a magazine and ammunition being recovered with no associated firearm.
- PEARSON was then shown a picture of his property taken from a pole camera during the investigation. PEARSON acknowledged that he knew that was his property in the picture. PEARSON was asked about a white pickup truck in the photo, from 0530 in the morning around approximately July 8th or 9th. PEARSON was asked if he remembered that event and that pickup truck. PEARSON stated **"I know that to be Luis' uncle's pickup"**. When questioned if he

Form G-166c (7-1-83)    BPA-I Wells    Date: 07/24/2019

10003761

- remembered that event at the shop where the pickup truck arrived and moved to multiple locations around the property, PEARSON stated **"here at the shop? Yea, yea I was trying to get some sleep"**.
- PEARSON stated he is unsure of FARIAS uncle's name, he just refers to him as **"Uncle"**.
- PEARSON then stated he wanted the conversation to end, that he was tired and his jaw was starting to hurt.

At approximately 16:19 Agents concluded their interview of PEARSON. PEARSON stated he wasn't done talking and given some time he may wish to speak with Agents again.

BPA-I Wells

Date: 07/24/2019

Form G-166c (7-1-83)

10003762



10003763





10003765

