William D. Hyslop
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK ELLIOTT PEARSON,<br><br>Defendant. | 2:19-CR-00111-WFN-3<br><br>UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney, for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following response to Defendant's Motion to Suppress Evidence.

The United States submitted a response to the Defendant's Motion to Suppress on March 1, 2021. The Court's electronic filing system was undergoing maintenance and the United States was not able to file its response electronically. The United States emailed its response to the Court and defense counsel on that date.

Since that time, the United States has completed additional due diligence and consulted with additional agents. There now appears to be a lack of clarity on the nature and scope of the partial invocation of the Defendant's *Miranda* rights on July

24, 2019. Erring on the side of protecting the Defendant's rights, the United States will not seek to introduce in its case-in-chief any statements made by the Defendant during his time in hospital (*i.e.* the subject of the Defendant's instant motion). The United States seeks to withdraw its response to the Defendant's motion to suppress submitted on March 1, 2021.

## CONCLUSION

Based on the foregoing, the United States submits the Defendant's motion is moot, as the United States will not seek to admit this evidence in its case-in-chief.

Dated: March 2, 2021.

        William D. Hyslop
        United States Attorney

        *s/ Caitlin Baunsgard*
        Caitlin Baunsgard
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dave Partovi

        *s/ Caitlin Baunsgard*
        Caitlin Baunsgard
        Assistant United States Attorney