FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    -vs-<br><br>PATRICK ELLIOTT PEARSON,<br><br>                    Defendant. | Nos.  2:19-CR-0111-WFN-3<br>        2:19-CR-0173-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS AND STRIKING EVIDENTIARY HEARING |

      Pending before the Court is the Defendant's Motion to Suppress. ECF No. 908. Defendant seeks to suppress statements made to law enforcement while questioned at the hospital on July 24, 2019. The Government "will not seek to introduce in its case-in-chief any statements made by the Defendant during his time in the hospital." Government's Response, ECF No. 910, p. 2. The Court has reviewed the file and briefing and is fully informed. Accordingly,

      **IT IS ORDERED** that:

      1. Defendant's Motion to Suppress, filed February 19, 2021, **2:19-CR-0111-WFN-3 ECF No. 908**, is **GRANTED**. Defendant's statements made to law enforcement while in the hospital shall not be introduced in the Government's case-in-chief.

      2. The March 9, 2021, hearing date is **STRICKEN** in both above-captioned matters.

      3. The **May 18, 2021**, pretrial conference is **CONFIRMED** in both above-captioned matters. Defendant's Motion for Henthorn Discovery, **ECF No. 464**, Motion for Franks Evidentiary Hearing, **ECF No. 467**, and Motion to Suppress the Contents of Wire and Oral Communications Intercepted Pursuant to Title III and Evidence Derived Therefrom. . ., **ECF No. 469**, in **2:19-CR-0111-WFN-3** are **RENOTED for hearing at that time**. If defense counsel chooses not to proceed on any of the motions listed above, a notice shall be filed no

ORDER - 1

later than **May 4, 2021**, updating the Court and counsel for the Government of the change of status.

    4.  Filing deadlines for the May 18, 2021, pretrial conference, set in the Court's Order at **2:19-CR-0111-WFN-3 ECF No. 889** and **2:19-0173-WFN-1 ECF No. 147**, are **CONFIRMED.**

    The District Court Executive is directed to file this Order and provide copies to counsel.

    **DATED** this 3rd day of March, 2021.

03-03-21

                        WM. FREMMING NIELSEN
                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2